UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21543-JLK

MARIE NICOLE DAYANA CADEAU,

    Plaintiff,
vs.

RENT-A-CENTER, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE 11) filed June 28, 2022, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Fed. R. Civ. P. 41(a)(1), it is

**ORDERED, ADJUDGED and DECREED** as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

2. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 29th day of June, 2022.

    */s/ James Lawrence King*
    JAMES LAWRENCE KING
    UNITED STATES DISTRICT JUDGE

**cc:**     **All Counsel of Record**